[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 26, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-12310
Non-Argument Calendar

_____

D. C. Docket No. 06-00038-CV-ORL-22KRS

JAMES R. ARMSTRONG,
NANCY ARMSTRONG,

Plaintiffs-Appellants,

versus

COLONIAL BANK, N.A.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 26, 2006)**

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court dismissing appellants' amended

complaint for failure to state a claim for relief.  See Fed. R. Civ. P. 12(b)(6).

Record Vol 1, at Tab 26.  We conclude that appellants' claim is foreclosed for the

reasons stated in the district court's order of dismissal.  Id.

AFFIRMED.